**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **TRUCKEE MEADOWS PARKS FOUNDATION** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-4837735 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **50 COWAN DRIVE**<br>**Reno, NV 89509**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Washoe**<br>County | **Location of principal assets, if different from principal place of business**<br>**6800 PEMBROKE DRIVE Reno, NV 89502**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:    _____

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**                                    Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **TRUCKEE MEADOWS PARKS FOUNDATION** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 17, 2025**
　　　　　　　MM / DD / YYYY

**X** **/s/ LAURA SMITH-FILLMORE**
Signature of authorized representative of debtor

**LAURA SMITH-FILLMORE**
Printed name

Title  **DIRECTOR**

---

**18. Signature of attorney**

**X** **/s/ KEVIN A DARBY**
Signature of attorney for debtor

Date  **July 17, 2025**
　　　　MM / DD / YYYY

**KEVIN A DARBY 7670**
Printed name

**DARBY LAW PRACTICE**
Firm name

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone  **775.322.1237**       Email address  **kevin@darbylawpractice.com**

**7670 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **TRUCKEE MEADOWS PARKS FOUNDATION**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
     amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

     ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **TRUCKEE MEADOWS PARKS FOUNDATION**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> **INTERNAL REVENUE SERVICE** <br> **PO BOX 7346** <br> **Philadelphia, PA 19101-7317** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$445,169.19** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address <br> **NEVADA DEPARTMENT OF TAXATION** <br> **3850 ARROWHEARD DRIVE** <br> **Carson City, NV 89706** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: <br> **NOTICE ONLY** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |

| Debtor | **TRUCKEE MEADOWS PARKS FOUNDATION** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,000.00 | $17,000.00 |
|---|---|---|---|---|

**NEVADA EMPLOYMENT SECURITY**
**500 EAST THIRD ST.**
**Carson City, NV 89713**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment Insurance**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALANA BOIES**
**1050 W 2nd St Apt 2**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential claim related to employment**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$596.46** |
|---|---|---|---|

**ALLIANCE MEMBER SERVICES**
**DEPT 880739**
**PO BOX 29650**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance premiums owed**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188,000.00** |
|---|---|---|---|

**AMERICORPS**
**OFFICE OF INSPECTOR GENERAL**
**250 E. ST. SW, SUITE 4100**
**Washington, DC 20525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ANNA SISSON**
**1185 W 2ND STREET**
**APT 10**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential claim related to employment**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.00** |
|---|---|---|---|

**ARYTE GROUP LLC**
**321 E 5TH ST.**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**                          Case number *(if known)* _____
      Name

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AUSTIN COOPER**
**2033 Rio Tinto Dr.**
**Reno, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential claim related to employment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BAILEY LAWTON**
**1100 SOLITUDE TRAIL**
**UNIT 1008**
**Reno, NV 89523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential claim related to employment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BENJAMIN PETERS**
**4570 STONEGATE LANE**
**Reno, NV 89523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential claim related to employment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**BEPPY ZIEMER**
**6423 DAVID JAMES BOULEVARD**
**Sparks, NV 89434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Unsecured debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,816.24** |
|---|---|---|---|

**BLACKBAUD INC.**
**65 FAIRCHILD ST.**
**Charleston, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Unsecured debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$397.50** |
|---|---|---|---|

**BOWMAN PROJECT MANAGER**
**PO BOX 748548**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Unsecured debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CARLY FALCO**
**350 Gold Ranch Rd**
**Verdi, NV 89439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential claim related to employment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **TRUCKEE MEADOWS PARKS FOUNDATION**

Case number (if known) _____

Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CHARLES SMITH**
**5646 BRIDGER PEAK CT**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential claim related to employment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651.21 |
|---|---|---|---|

**CINTAS**
**1312 CAPITAL BOULEVARD SUITE 102**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CITY OF RENO**
**PO Box 1900**
**Reno, NV 89505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Claim for breach of contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.00 |
|---|---|---|---|

**CITY OF RENO**
**ALARM DIVISION**
**PO BOX 142857**
**Irving, TX 75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured debt**

Last 4 digits of account number  **6472**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CITY OF RENO**
**PO BOX 142857**
**Irving, TX 75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grant/Donation related claim**

Last 4 digits of account number  **9609**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CLAIRE MCHENRY**
**770 MAYS BLVD**
**UNIT 3419**
**Incline Village, NV 89450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential claim related to employment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**COMMUNITY FOUNDATION FOR THE**
**VIRGINIA**
**RANGE DISCOVER CENTER**
**50 WASHINGTON ST. #300**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**                         Case number (if known) _____
                          Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CONNOR BROWN**
**2160 Prince Way**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**DAVID'S CHAIR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEPARTMENT OF EMPLOYMENT**
**TRAINING AND REHABILITATION**
**EMPLOYMENT**
**SECURITY DIVISION**
**500 E THIRD STREET**
**Carson City, NV 89713-0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DEVIN GEOVESE**
**5818 Cathedral Peak Dr.**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DOMINIC GAMBOL**
**1190 W 9th St**
**Silver Springs, NV 89429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EDUARDO FONSECA LOYOLA**
**1615 RAND AVE**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ELENA LARSEN**
**3215 LUCERNE WAY**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**                              Case number (if known) _____

Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.27**

Nonpriority creditor's name and mailing address
**ELIJAH MAYORGA**
**1872 UNION STREET**
**Sparks, NV 89434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

Nonpriority creditor's name and mailing address
**ELYSSA SANTANA**
**123 BOXER DRIVE**
**Reno, NV 89512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

Nonpriority creditor's name and mailing address
**ERIN KOSTAN**
**778 Forest St Apt 5**
**Reno, NV 89509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address
**ERIN LEWIS**
**1758 IRONWOOD DRIVE**
**Minden, NV 89423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address
**GABRIELLA BUCCACHIO**
**1285 Brinkby Ave 3**
**Reno, NV 89509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address
**HIEDI ANDERSON**
**5989 SWEET CHERRY DRIVE**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33**

Nonpriority creditor's name and mailing address
**IRIS MAPLEWOOD**
**7298 OVERTURE DRIVE**
**Reno, NV 89506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **TRUCKEE MEADOWS PARKS FOUNDATION**                         Case number *(if known)* _____
_____
       Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**ISABELLA BUFFALINI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**JACKSON LUCKEY**
**1875 CANYON RIDGE DRIVE**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential employee related claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**JACOB BURGESS**
**426 Moran St Apt 3**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**JACQUELINE SCHMITZ**
**2099 HOLMAN WAY**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**JAMES CHUCK**
**750 JOY LAKE RD.**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**JEFFREY HOWARD**
**185 McClellan Dr.**
**Washoe Valley, NV 89704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**JONAH HEDLUND**
**2555 Tamarisk Dr.**
**Reno, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **TRUCKEE MEADOWS PARKS FOUNDATION**                     Case number (if known) _____
_____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JORDAN ZAPATA**
**863 WASHINGTON STREET**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JULIA KRIER**
**690 E PATRIOT BLVD**
**APT 364**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KAITLYN INES**
**10383 Stroma Ave.**
**Las Vegas, NV 89160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KELSEY WAY**
**11165 VETERANS PKWY**
**UNIT 2071**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KEVIN LYNCH**
**1605 SPICE WOOD CIRCLE**
**Sparks, NV 89434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KIAWNA LAVERY**
**1240 E HUFFAKER LANE**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KYLIE SEWARD**
**2800 ENTERPRISE RD**
**APT 122C**
**Reno, NV 89512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential claim related to employment**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**
_____    Case number (if known) _____
　　　　　Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **LAURA WHEELER** | ☐ Contingent | |
| | **2386 ALBATROSS WAY** | ☐ Unliquidated | |
| | **Sparks, NV 89441** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential claim related to employment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|
| | **LOGOED TEES** | ☐ Contingent | |
| | **1800 FRAZER AVE.** | ☐ Unliquidated | |
| | **Sparks, NV 89431** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unsecured debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MAGDALINA MARINELLI** | ☐ Contingent | |
| | **3552 UNIQUE WAY** | ☐ Unliquidated | |
| | **Las Vegas, NV 89129** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential claim related to employment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MARA NUTT** | ☐ Contingent | |
| | **401 COLLEGE DRIVE** | ☐ Unliquidated | |
| | **APT 133** | ☐ Disputed | |
| | **Reno, NV 89503** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential claim related to employment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MATTHEW DEBRAY** | ☐ Contingent | |
| | **942 Desert View Dr.** | ☐ Unliquidated | |
| | **Sparks, NV 89434** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential claim related to employment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MOISES CHAVEZ** | ☐ Contingent | |
| | **6038 Chris Craft St** | ☐ Unliquidated | |
| | **North Las Vegas, NV 89031** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential claim related to employment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **NEVADA DEPARTMENT OF TRANSPORTATION** | ☐ Contingent | |
| | **1263 SOUTH STEWART STREET** | ☐ Unliquidated | |
| | **Carson City, NV 89712** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grant related claim for Reno Trails Project** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**NEVADA DEPARTMENT OF WILDLIFE**<br>**6980 SIERRA CENTER PARKWAY**<br>**SUITE 120**<br>**Reno, NV 89511**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Grant/Donation related claim**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**NEVADA NATIVE PLANT**<br>**PO BOX 8965**<br>**Reno, NV 89507**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Grant/Donation related claim**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$75.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**NEVADA NATIVE PLANT SOCIETY**<br>**PO BOX 8965**<br>**Reno, NV 89507**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Unsecured debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**NIA YOUNG**<br>**721 TIMBER RIDGE CT**<br>**RENO**<br>**Reno, NV 89523**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**NICHOLAS DILLMAN**<br>**553 LEN WAY**<br>**Incline Village, NV 89451**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**NICHOLAS VOYTKO**<br>**1250 W 2ND STREET**<br>**APT D212**<br>**Reno, NV 89503**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**NV DIVISION OF STATE PARKS**<br>**901 S. STEWART ST. SUITE 5005**<br>**Carson City, NV 89701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Claim for match amounts due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,500.00** |

Debtor  **TRUCKEE MEADOWS PARKS FOUNDATION**
_____
Name

Case number (if known) _____

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PAIGE LAND**
**719 W FIFTH STREET**
**Carson City, NV 89703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential claim related to employment

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PATRICIA MOEN**
**5475 HAZELWOOD CIRCLE**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential claim related to employment

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**PAYPAL**
**PO BOX 105658**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Paypal charges

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**POI BOY CATERING**
**155 GLENDALE AVE. SUITE 16**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Unsecured debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.85 |
|---|---|---|---|

**RENO ROCK TRANSPORT**
**PO BOX 61418**
**Reno, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Unsecured debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,879.00 |
|---|---|---|---|

**RENO TENNIS CENTER/FISCAL AGENCY**
**2601 PLUMAS STREET**
**Reno, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Unsecured debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RICHARD KLEIN**
**2311 Enterprise Rd.**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential claim related to employment

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**                          Case number *(if known)* _____
_____
Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

3.69 Nonpriority creditor's name and mailing address
ROBERTA ROSS
118 WEST ST.
Reno, NV 89501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant/Donation related claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.70 Nonpriority creditor's name and mailing address
SCHOOL SPECIALTY
PO BOX 8030
Appleton, WI 54912

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$379.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.71 Nonpriority creditor's name and mailing address
SHANNA KOKOSH
1325 SOUTH MEADOWS PARKWAY
Reno, NV 89509

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.72 Nonpriority creditor's name and mailing address
SOPHIA MORTON
6435 MEADOW VALLEY LANE
Reno, NV 89519

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential employee related claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.73 Nonpriority creditor's name and mailing address
SPECIAL MARKETS INSURANCE
CONSULTS
1055 MAIN STREET SUITE 101
Stevens Point, WI 54481

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,081.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Claim for unpaid insurance premiums**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.74 Nonpriority creditor's name and mailing address
SPENCER STOCKTON
1025 EMERSON WAY
Sparks, NV 89431

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential employee related claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.75 Nonpriority creditor's name and mailing address
SWIZZLE
400 MILL ST. UNIT 104
Reno, NV 89502

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$501.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**

Case number (if known) _____

Name

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**TARA TRAN**<br>**752 WEST ST**<br>**Reno, NV 89503** | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential employee related claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address**<br>**TEAGAN CROSS**<br>**355 Broadway Blvd Apt 25**<br>**Reno, NV 89502** | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim related to employment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address**<br>**THE CAUSALITY AGENCY**<br>**118 BROADWAY ST SUITE 528**<br>**San Antonio, TX 78205** | As of the petition filing date, the claim is: Check all that apply.     **$6,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured debt for insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address**<br>**THE NELL J. REDFIELD FOUNDATION**<br>**1755 E. PLUMB LANE SUITE 212**<br>**Reno, NV 89502** | As of the petition filing date, the claim is: Check all that apply.     **$15,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Claim for monies donated for Student Stewards Program**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address**<br>**TOSHIBA FINANCIAL SERVICES**<br>**P.O. BOX 790448**<br>**Saint Louis, MO 63179** | As of the petition filing date, the claim is: Check all that apply.     **$211.55**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease Obligations for Toshiba Copier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address**<br>**U.S. Small Business Administration**<br>**Office of the General Counsel**<br>**312 N. Spring St., 5th Floor**<br>**Los Angeles, CA 90012** | As of the petition filing date, the claim is: Check all that apply.     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address**<br>**ULTRA CAMP**<br>**123 EAST MAIN**<br>**Niles, MI 49120** | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**US DEPARTMENT OF LABOR**<br>**200 CONSTITUTION AVE. NW**<br>**Washington, DC 20210**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __NOTICE ONLY__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**VANESSA MACKESSY**<br>**700 GLEN VISTA DRIVE**<br>**Sparks, NV 89434**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Potential employee related claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**VICTORIA ROBERTS**<br>**4466 VIA BIANCA AVE**<br>**Las Vegas, NV 89141**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Potential employee related claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**WCF INSURANCE**<br>**100 W. TOWNE RIDGE RKWY**<br>**Sandy, UT 84070**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Unsecured debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,821.15** |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**WIZIX TECHNOLOGY**<br>**2014 TAYLOR ROAD**<br>**Roseville, CA 95678**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Unsecured debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$143.38** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CITY OF RENO**<br>**PO BOX 142857**<br>**Irving, TX 75014** | Line __3.15__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **462,169.19** |
| **5b. Total claims from Part 2** | 5b. + $ | **264,642.28** |

Debtor    **TRUCKEE MEADOWS PARKS FOUNDATION**                    Case number (*if known*) _____
          Name

**5c. Total of Parts 1 and 2**                                5c.    $ _____ **726,811.47**
Lines 5a + 5b = 5c.

```
TRUCKEE MEADOWS PARKS FOUNDATION
50 COWAN DRIVE
Reno, NV 89509

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

ALANA BOIES
1050 W 2nd St Apt 2
Reno, NV 89503

ALLIANCE MEMBER SERVICES
DEPT 880739
PO BOX 29650
Phoenix, AZ 85038

AMERICORPS
OFFICE OF INSPECTOR GENERAL
250 E. ST. SW, SUITE 4100
Washington, DC 20525

ANNA SISSON
1185 W 2ND STREET
APT 10
Reno, NV 89503

ARYTE GROUP LLC
321 E 5TH ST.
Reno, NV 89501

AUSTIN COOPER
2033 Rio Tinto Dr.
Reno, NV 89509

BAILEY LAWTON
1100 SOLITUDE TRAIL
UNIT 1008
Reno, NV 89523

BENJAMIN PETERS
4570 STONEGATE LANE
Reno, NV 89523

BEPPY ZIEMER
6423 DAVID JAMES BOULEVARD
Sparks, NV 89434

BLACKBAUD INC.
65 FAIRCHILD ST.
Charleston, SC 29492
```

BOWMAN PROJECT MANAGER
PO BOX 748548
Atlanta, GA 30374

CARLY FALCO
350 Gold Ranch Rd
Verdi, NV 89439

CHARLES SMITH
5646 BRIDGER PEAK CT
Sparks, NV 89436

CINTAS
1312 CAPITAL BOULEVARD SUITE 102
Reno, NV 89502

CITY OF RENO
PO Box 1900
Reno, NV 89505

CITY OF RENO
Acct No xx6472
ALARM DIVISION
PO BOX 142857
Irving, TX 75014

CITY OF RENO
Acct No xx9609
PO BOX 142857
Irving, TX 75014

CITY OF RENO
PO BOX 142857
Irving, TX 75014

CLAIRE MCHENRY
770 MAYS BLVD
UNIT 3419
Incline Village, NV 89450

COMMUNITY FOUNDATION FOR THE VIRGINIA
RANGE DISCOVER CENTER
50 WASHINGTON ST. #300
Reno, NV 89503

CONNOR BROWN
2160 Prince Way
Reno, NV 89503

DAVID'S CHAIR

DEPARTMENT OF EMPLOYMENT
TRAINING AND REHABILITATION EMPLOYMENT
SECURITY DIVISION
500 E THIRD STREET
Carson City, NV 89713-0030

DEVIN GEOVESE
5818 Cathedral Peak Dr.
Sparks, NV 89436

DOMINIC GAMBOL
1190 W 9th St
Silver Springs, NV 89429

EDUARDO FONSECA LOYOLA
1615 RAND AVE
Carson City, NV 89706

ELENA LARSEN
3215 LUCERNE WAY
Sparks, NV 89431

ELIJAH MAYORGA
1872 UNION STREET
Sparks, NV 89434

ELYSSA SANTANA
123 BOXER DRIVE
Reno, NV 89512

ERIN KOSTAN
778 Forest St Apt 5
Reno, NV 89509

ERIN LEWIS
1758 IRONWOOD DRIVE
Minden, NV 89423

GABRIELLA BUCCACHIO
1285 Brinkby Ave Apt 3
Reno, NV 89509

HIEDI ANDERSON
5989 SWEET CHERRY DRIVE
Sparks, NV 89436

INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7317

IRIS MAPLEWOOD
7298 OVERTURE DRIVE
Reno, NV 89506

ISABELLA BUFFALINI


JACKSON LUCKEY
1875 CANYON RIDGE DRIVE
Sparks, NV 89436

JACOB BURGESS
426 Moran St Apt 3
Reno, NV 89502

JACQUELINE SCHMITZ
2099 HOLMAN WAY
Sparks, NV 89431

JAMES CHUCK
750 JOY LAKE RD.
Reno, NV 89511

JEFFREY HOWARD
185 McClellan Dr.
Washoe Valley, NV 89704

JONAH HEDLUND
2555 Tamarisk Dr.
Reno, NV 89509

JORDAN ZAPATA
863 WASHINGTON STREET
Reno, NV 89503

JULIA KRIER
690 E PATRIOT BLVD
APT 364
Reno, NV 89511

KAITLYN INES
10383 Stroma Ave.
Las Vegas, NV 89160

KELSEY WAY
11165 VETERANS PKWY
UNIT 2071
Reno, NV 89521

KEVIN LYNCH
1605 SPICE WOOD CIRCLE
Sparks, NV 89434

KIAWNA LAVERY
1240 E HUFFAKER LANE
Reno, NV 89511

KYLIE SEWARD
2800 ENTERPRISE RD
APT 122C
Reno, NV 89512

LAURA WHEELER
2386 ALBATROSS WAY
Sparks, NV 89441

LOGOED TEES
1800 FRAZER AVE.
Sparks, NV 89431

MAGDALINA MARINELLI
3552 UNIQUE WAY
Las Vegas, NV 89129

MARA NUTT
401 COLLEGE DRIVE
APT 133
Reno, NV 89503

MATTHEW DEBRAY
942 Desert View Dr.
Sparks, NV 89434

MOISES CHAVEZ
6038 Chris Craft St
North Las Vegas, NV 89031

NEVADA DEPARTMENT OF TAXATION
3850 ARROWHEARD DRIVE
Carson City, NV 89706

NEVADA DEPARTMENT OF TRANSPORTATION
1263 SOUTH STEWART STREET
Carson City, NV 89712

NEVADA DEPARTMENT OF WILDLIFE
6980 SIERRA CENTER PARKWAY
SUITE 120
Reno, NV 89511

NEVADA EMPLOYMENT SECURITY
500 EAST THIRD ST.
Carson City, NV 89713

NEVADA NATIVE PLANT
PO BOX 8965
Reno, NV 89507

NEVADA NATIVE PLANT SOCIETY
PO BOX 8965
Reno, NV 89507

NIA YOUNG
721 TIMBER RIDGE CT
RENO
Reno, NV 89523

NICHOLAS DILLMAN
553 LEN WAY
Incline Village, NV 89451

NICHOLAS VOYTKO
1250 W 2ND STREET
APT D212
Reno, NV 89503

NV DIVISION OF STATE PARKS
901 S. STEWART ST. SUITE 5005
Carson City, NV 89701

PAIGE LAND
719 W FIFTH STREET
Carson City, NV 89703

PATRICIA MOEN
5475 HAZELWOOD CIRCLE
Reno, NV 89511

PAYPAL
PO BOX 105658
Atlanta, GA 30348

POI BOY CATERING
155 GLENDALE AVE. SUITE 16
Sparks, NV 89431

RENO ROCK TRANSPORT
PO BOX 61418
Reno, NV 89509

RENO TENNIS CENTER/FISCAL AGENCY
2601 PLUMAS STREET
Reno, NV 89509

RICHARD KLEIN
2311 Enterprise Rd.
Reno, NV 89502

ROBERTA ROSS
118 WEST ST.
Reno, NV 89501

SCHOOL SPECIALTY
PO BOX 8030
Appleton, WI 54912

SHANNA KOKOSH
1325 SOUTH MEADOWS PARKWAY
Reno, NV 89509

SOPHIA MORTON
6435 MEADOW VALLEY LANE
Reno, NV 89519

SPECIAL MARKETS INSURANCE CONSULTS
1055 MAIN STREET SUITE 101
Stevens Point, WI 54481

SPENCER STOCKTON
1025 EMERSON WAY
Sparks, NV 89431

SWIZZLE
400 MILL ST. UNIT 104
Reno, NV 89502

TARA TRAN
752 WEST ST
Reno, NV 89503

TEAGAN CROSS
355 Broadway Blvd Apt 25
Reno, NV 89502

THE CAUSALITY AGENCY
118 BROADWAY ST SUITE 528
San Antonio, TX 78205

THE NELL J. REDFIELD FOUNDATION
1755 E. PLUMB LANE SUITE 212
Reno, NV 89502

TOSHIBA FINANCIAL SERVICES
P.O. BOX 790448
Saint Louis, MO 63179

U.S. Small Business Administration
Office of the General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

ULTRA CAMP
123 EAST MAIN
Niles, MI 49120

US DEPARTMENT OF LABOR
200 CONSTITUTION AVE. NW
Washington, DC 20210

VANESSA MACKESSY
700 GLEN VISTA DRIVE
Sparks, NV 89434

VICTORIA ROBERTS
4466 VIA BIANCA AVE
Las Vegas, NV 89141

WCF INSURANCE
100 W. TOWNE RIDGE RKWY
Sandy, UT 84070

WIZIX TECHNOLOGY
2014 TAYLOR ROAD
Roseville, CA 95678

# United States Bankruptcy Court
## District of Nevada

In re   **TRUCKEE MEADOWS PARKS FOUNDATION**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **TRUCKEE MEADOWS PARKS FOUNDATION**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 17, 2025**

Date

**/s/ KEVIN A DARBY**

**KEVIN A DARBY 7670**

Signature of Attorney or Litigant

Counsel for   **TRUCKEE MEADOWS PARKS FOUNDATION**

**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**