Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:     702/720-3370
Facsimile:      702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

*Electronically Filed On: July 25, 2025*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TRUCKEE MEADOWS PARKS FOUNDATION<br><br>Debtor. | Case No. BK-S-25-50659-HLB<br>Chapter 7<br><br>**NOTICE OF SUBPOENA PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9016, FEDERAL RULE OF CIVIL PROCEDURE 45, AND LOCAL RULE 9016(b) ON HEIDI ANDERSON**<br><br>Date of Hearing:     N/A<br>Time of Hearing:     N/A<br><br>Judge: Honorable Hilary L. Barnes [1] |

**PLEASE TAKE NOTICE** that a Subpoena issued pursuant to Federal Rule of Bankruptcy Procedure 9016, Federal Rule of Civil Procedure 45, and Local Rule 9016(b) will be served on Heidi Anderson demanding the production of certain documents (the "Subpoena"). The documents must be produced on or before August 15, 2025, at 12:00 p.m.

. . .

. . .

. . .

. . .

. . .

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

Attached hereto and marked as **Exhibit "1"** is a true and correct copy of the Subpoena.

Dated this 25th day of July, 2025.

                                            **HOUMAND LAW FIRM, LTD.**

By: */s/Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2025, I caused to be served a true and correct copy of NOTICE OF SUBPOENA PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9016, FEDERAL RULE OF CIVIL PROCEDURE 45, AND LOCAL RULE 9016(b) ON HEIDI ANDERSON in the following manner:

☒ (ECF System) By electronically filing a copy of the above-referenced document with the Clerk of the Court for the United States Bankruptcy Court for the District of Nevada via the ECF System. The ECF Confirmation Sheet provides that the following parties were served with the above-referenced document:

KEVIN A. DARBY on behalf of Debtor TRUCKEE MEADOWS PARKS FOUNDATION

kevin@darbylawpractice.com,

tricia@darbylawpractice.com;mandie@darbylawpractice.com;makayla@darbylawpractice.com;atley@darbylawpractice.com

W. DONALD GIESEKE

wdg@renotrustee.com, dgieseke@ecf.axosfs.com

BRADLEY G SIMS on behalf of Trustee W. DONALD GIESEKE

bsims@houmandlaw.com, jhoumand@houmandlaw.com

U.S. TRUSTEE - RN - 7

USTPRegion17.RE.ECF@usdoj.gov

. . .

. . .

. . .

. . .

. . .

. . .

-3-

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated this 25th day of July, 2025.

**HOUMAND LAW FIRM, LTD.**

By: */s/Bradley Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*