United States Bankruptcy Court
District of Nevada

In re  **TRUCKEE MEADOWS PARKS FOUNDATION**          Case No.  25-50659-HLB
                                    Debtor(s)       Chapter   7

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **LAURA SMITH-FILLMORE**, declare under penalty of perjury that I am a **DIRECTOR** of **TRUCKEE MEADOWS PARKS FOUNDATION**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 2nd day of July, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **LAURA SMITH-FILLMORE, DIRECTOR** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **LAURA SMITH-FILLMORE, DIRECTOR** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **LAURA SMITH-FILLMORE, DIRECTOR** of this Corporation is authorized and directed to employ **KEVIN A. DARBY 7670**, and **TRICIA M. DARBY 7956** attorneys and the law firm of **DARBY LAW PRACTICE** to represent the corporation in such bankruptcy case."

Date  July 2, 2025                  Signed  /s/ LAURA SMITH-FILLMORE
                                            LAURA SMITH-FILLMORE

Resolution of Board of Directors
of
**TRUCKEE MEADOWS PARKS FOUNDATION**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **LAURA SMITH-FILLMORE, DIRECTOR** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **LAURA SMITH-FILLMORE, DIRECTOR** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **LAURA SMITH-FILLMORE, DIRECTOR** of this Corporation is authorized and directed to employ **KEVIN A. DARBY 7670**, and **TRICIA M. DARBY 7956** attorneys and the law firm of **DARBY LAW PRACTICE** to represent the corporation in such bankruptcy case.

| Date | Signed |
|---|---|
| July 2, 2025 | Jill Richardson |
| July 2, 2025 | Laura B. Smith Fillmore |
| July 2, 2025 | [signature] |
| July 2, 2025 | [signature] |
| July 2, 2025 | Catherine McJuly |
| July 2, 2025 | [signature] |
| July 2, 2025 | Kristin J. Perry |