**Fill in this information to identify the case:**

Debtor name: **TRUCKEE MEADOWS PARKS FOUNDATION**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **25-50659**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7317**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$445,169.19** | **Unknown** |
| **2.2** | Priority creditor's name and mailing address<br>**NEVADA DEPARTMENT OF TAXATION**<br>**3850 ARROWHEARD DRIVE**<br>**Carson City, NV 89706**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**NOTICE ONLY**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |

| | | | | |
|---|---|---|---|---|
| Debtor | **TRUCKEE MEADOWS PARKS FOUNDATION** Name | | Case number (if known) | 25-50659 |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**NEVADA EMPLOYMENT SECURITY**<br>**500 EAST THIRD ST.**<br>**Carson City, NV 89713** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,000.00 | $17,000.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unemployment Insurance** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ALANA BOIES**<br>**1050 W 2nd St Apt 2**<br>**Reno, NV 89503** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __ | Basis for the claim:  **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ALLIANCE MEMBER SERVICES**<br>**DEPT 880739**<br>**PO BOX 29650**<br>**Phoenix, AZ 85038** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $596.46 |
| | Date(s) debt was incurred __ | Basis for the claim:  **Insurance premiums owed** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AMERICORPS**<br>**OFFICE OF INSPECTOR GENERAL**<br>**250 E. ST. SW, SUITE 4100**<br>**Washington, DC 20525** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $286,000.00 |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unsecured debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ANNA SISSON**<br>**1185 W 2ND STREET**<br>**APT 10**<br>**Reno, NV 89503** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __ | Basis for the claim:  **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**ARYTE GROUP LLC**<br>**321 E 5TH ST.**<br>**Reno, NV 89501** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $460.00 |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unsecured debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**  Case number (if known) **25-50659**
Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | AUSTIN COOPER<br>2033 Rio Tinto Dr.<br>Reno, NV 89509 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | BAILEY LAWTON<br>1100 SOLITUDE TRAIL<br>UNIT 1008<br>Reno, NV 89523 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | BENJAMIN PETERS<br>4570 STONEGATE LANE<br>Reno, NV 89523 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$340.00** |
|---|---|---|---|
| | BEPPY ZIEMER<br>6423 DAVID JAMES BOULEVARD<br>Sparks, NV 89434 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Unsecured debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,816.24** |
|---|---|---|---|
| | BLACKBAUD INC.<br>65 FAIRCHILD ST.<br>Charleston, SC 29492 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Unsecured debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$397.50** |
|---|---|---|---|
| | BOWMAN PROJECT MANAGER<br>PO BOX 748548<br>Atlanta, GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Unsecured debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | CARLY FALCO<br>350 Gold Ranch Rd<br>Verdi, NV 89439 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION** Case number (if known) 25-50659
  Name

| 3.13 | **Nonpriority creditor's name and mailing address**<br>CHARLES SMITH<br>5646 BRIDGER PEAK CT<br>Sparks, NV 89436 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Potential claim related to employment<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>CINTAS<br>1312 CAPITAL BOULEVARD SUITE 102<br>Reno, NV 89502 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$651.21** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Unsecured debt<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>CITY OF RENO<br>PO Box 1900<br>Reno, NV 89505 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Claim for breach of contract<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>CITY OF RENO<br>ALARM DIVISION<br>PO BOX 142857<br>Irving, TX 75014 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$122.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **6472** | **Basis for the claim:** Unsecured debt<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>CITY OF RENO<br>PO BOX 142857<br>Irving, TX 75014 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9609** | **Basis for the claim:** Grant/Donation related claim<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>CLAIRE MCHENRY<br>770 MAYS BLVD<br>UNIT 3419<br>Incline Village, NV 89450 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Potential claim related to employment<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>COMMUNITY FOUNDATION FOR THE<br>VIRGINIA<br>RANGE DISCOVER CENTER<br>50 WASHINGTON ST. #300<br>Reno, NV 89503 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Unsecured debt<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**     Case number (if known) **25-50659**
Name

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**CONNOR BROWN**<br>**2160 Prince Way**<br>**Reno, NV 89503**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**DAVID'S CHAIR**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Unsecured debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**DEPARTMENT OF EMPLOYMENT**<br>**TRAINING AND REHABILITATION**<br>**EMPLOYMENT**<br>**SECURITY DIVISION**<br>**500 E THIRD STREET**<br>**Carson City, NV 89713-0030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**DEVIN GEOVESE**<br>**5818 Cathedral Peak Dr.**<br>**Sparks, NV 89436**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**DOMINIC GAMBOL**<br>**1190 W 9th St**<br>**Silver Springs, NV 89429**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**E.L. CORD FOUNDATION**<br>**550 W. PLUMB LANE SUITE B PMB #529**<br>**Reno, NV 89509**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Unsecured debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70,000.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**EDUARDO FONSECA LOYOLA**<br>**1615 RAND AVE**<br>**Carson City, NV 89706**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**     Case number (if known) **25-50659**
Name

| 3.27 | **Nonpriority creditor's name and mailing address** <br> **ELENA LARSEN** <br> **3215 LUCERNE WAY** <br> **Sparks, NV 89431** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** __Potential claim related to employment__ <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** <br> **ELIJAH MAYORGA** <br> **1872 UNION STREET** <br> **Sparks, NV 89434** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** __Potential claim related to employment__ <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.29 | **Nonpriority creditor's name and mailing address** <br> **ELYSSA SANTANA** <br> **123 BOXER DRIVE** <br> **Reno, NV 89512** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** __Potential claim related to employment__ <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.30 | **Nonpriority creditor's name and mailing address** <br> **ERIN KOSTAN** <br> **778 Forest St Apt 5** <br> **Reno, NV 89509** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** __Potential claim related to employment__ <br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.31 | **Nonpriority creditor's name and mailing address** <br> **ERIN LEWIS** <br> **1758 IRONWOOD DRIVE** <br> **Minden, NV 89423** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** __Potential claim related to employment__ <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.32 | **Nonpriority creditor's name and mailing address** <br> **GABRIELLA BUCCACHIO** <br> **1285 Brinkby Ave Apt 3** <br> **Reno, NV 89509** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** __Potential claim related to employment__ <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.33 | **Nonpriority creditor's name and mailing address** <br> **HIEDI ANDERSON** <br> **5989 SWEET CHERRY DRIVE** <br> **Sparks, NV 89436** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br> **Basis for the claim:** __Potential claim related to employment__ <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**     Case number (if known) **25-50659**
Name

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**IRIS MAPLEWOOD**<br>**7298 OVERTURE DRIVE**<br>**Reno, NV 89506**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**ISABELLA BUFFALINI**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**JACKSON LUCKEY**<br>**1875 CANYON RIDGE DRIVE**<br>**Sparks, NV 89436**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential employee related claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**JACOB BURGESS**<br>**426 Moran St Apt 3**<br>**Reno, NV 89502**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**JACQUELINE SCHMITZ**<br>**2099 HOLMAN WAY**<br>**Sparks, NV 89431**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**JAMES CHUCK**<br>**750 JOY LAKE RD.**<br>**Reno, NV 89511**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**JEFFREY HOWARD**<br>**185 McClellan Dr.**<br>**Washoe Valley, NV 89704**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**　　　　　　　　　　Case number (if known)　**25-50659**
　　　　　Name

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **JONAH HEDLUND**<br>**2555 Tamarisk Dr.**<br>**Reno, NV 89509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **JORDAN ZAPATA**<br>**863 WASHINGTON STREET**<br>**Reno, NV 89503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **JULIA KRIER**<br>**690 E PATRIOT BLVD**<br>**APT 364**<br>**Reno, NV 89511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **KAITLYN INES**<br>**10383 Stroma Ave.**<br>**Las Vegas, NV 89160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **KELSEY WAY**<br>**11165 VETERANS PKWY**<br>**UNIT 2071**<br>**Reno, NV 89521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **KEVIN LYNCH**<br>**1605 SPICE WOOD CIRCLE**<br>**Sparks, NV 89434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **KIAWNA LAVERY**<br>**1240 E HUFFAKER LANE**<br>**Reno, NV 89511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION** Case number (if known) **25-50659**
      Name

| | | |
|---|---|---|
| **3.48** | **Nonpriority creditor's name and mailing address**<br>**KYLIE SEWARD**<br>**2800 ENTERPRISE RD**<br>**APT 122C**<br>**Reno, NV 89512**<br><br>Date(s) debt was incurred  \_<br>Last 4 digits of account number  \_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.49** | **Nonpriority creditor's name and mailing address**<br>**LAURA WHEELER**<br>**2386 ALBATROSS WAY**<br>**Sparks, NV 89441**<br><br>Date(s) debt was incurred  \_<br>Last 4 digits of account number  \_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.50** | **Nonpriority creditor's name and mailing address**<br>**LOGOED TEES**<br>**1800 FRAZER AVE.**<br>**Sparks, NV 89431**<br><br>Date(s) debt was incurred  \_<br>Last 4 digits of account number  \_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Unsecured debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200.00** |
| **3.51** | **Nonpriority creditor's name and mailing address**<br>**MAGDALINA MARINELLI**<br>**3552 UNIQUE WAY**<br>**Las Vegas, NV 89129**<br><br>Date(s) debt was incurred  \_<br>Last 4 digits of account number  \_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.52** | **Nonpriority creditor's name and mailing address**<br>**MARA NUTT**<br>**401 COLLEGE DRIVE**<br>**APT 133**<br>**Reno, NV 89503**<br><br>Date(s) debt was incurred  \_<br>Last 4 digits of account number  \_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.53** | **Nonpriority creditor's name and mailing address**<br>**MATTHEW DEBRAY**<br>**942 Desert View Dr.**<br>**Sparks, NV 89434**<br><br>Date(s) debt was incurred  \_<br>Last 4 digits of account number  \_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.54** | **Nonpriority creditor's name and mailing address**<br>**MOISES CHAVEZ**<br>**6038 Chris Craft St**<br>**North Las Vegas, NV 89031**<br><br>Date(s) debt was incurred  \_<br>Last 4 digits of account number  \_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**     Case number (if known)    **25-50659**
Name

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**NEVADA DEPARTMENT OF TRANSPORTATION**<br>**1263 SOUTH STEWART STREET**<br>**Carson City, NV 89712**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Grant related claim for Reno Trails Project**<br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**NEVADA DEPARTMENT OF WILDLIFE**<br>**6980 SIERRA CENTER PARKWAY**<br>**SUITE 120**<br>**Reno, NV 89511**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Grant/Donation related claim**<br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**NEVADA NATIVE PLANT**<br>**PO BOX 8965**<br>**Reno, NV 89507**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Grant/Donation related claim**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$75.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**NEVADA NATIVE PLANT SOCIETY**<br>**PO BOX 8965**<br>**Reno, NV 89507**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Unsecured debt**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$75.00** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**NEVADA VOLUNTEERS**<br>**1575 DELUCCHI LANE, SUITE 118**<br>**Reno, NV 89502**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Unsecured debt**<br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**NIA YOUNG**<br>**721 TIMBER RIDGE CT**<br>**RENO**<br>**Reno, NV 89523**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**NICHOLAS DILLMAN**<br>**553 LEN WAY**<br>**Incline Village, NV 89451**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claim related to employment**<br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**  Case number (if known) 25-50659
Name

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **NICHOLAS VOYTKO**<br>**1250 W 2ND STREET**<br>**APT D212**<br>**Reno, NV 89503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,500.00** |
|---|---|---|---|
| | **NV DIVISION OF STATE PARKS**<br>**901 S. STEWART ST. SUITE 5005**<br>**Carson City, NV 89701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Claim for match amounts due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **PAIGE LAND**<br>**719 W FIFTH STREET**<br>**Carson City, NV 89703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **PATRICIA MOEN**<br>**5475 HAZELWOOD CIRCLE**<br>**Reno, NV 89511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Potential claim related to employment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|
| | **PAYPAL**<br>**PO BOX 105658**<br>**Atlanta, GA 30348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Paypal charges** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,200.00** |
|---|---|---|---|
| | **POI BOY CATERING**<br>**155 GLENDALE AVE. SUITE 16**<br>**Sparks, NV 89431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Unsecured debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.85** |
|---|---|---|---|
| | **RENO ROCK TRANSPORT**<br>**PO BOX 61418**<br>**Reno, NV 89509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Unsecured debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **TRUCKEE MEADOWS PARKS FOUNDATION**                                         Case number (if known)  25-50659
               Name

| 3.69 | **Nonpriority creditor's name and mailing address**<br>**RENO TENNIS CENTER/FISCAL AGENCY**<br>**2601 PLUMAS STREET**<br>**Reno, NV 89509**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Unsecured debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$18,879.00** |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**RICHARD KLEIN**<br>**2311 Enterprise Rd.**<br>**Reno, NV 89502**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Potential claim related to employment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**ROBERTA ROSS**<br>**118 WEST ST.**<br>**Reno, NV 89501**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Grant/Donation related claim**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**SCHOOL SPECIALTY**<br>**PO BOX 8030**<br>**Appleton, WI 54912**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Unsecured debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$379.98** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**SHANNA KOKOSH**<br>**1325 SOUTH MEADOWS PARKWAY**<br>**Reno, NV 89509**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **Potential claim related to employment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**SOPHIA MORTON**<br>**6435 MEADOW VALLEY LANE**<br>**Reno, NV 89519**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Potential employee related claim**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**SPECIAL MARKETS INSURANCE CONSULTS**<br>**1055 MAIN STREET SUITE 101**<br>**Stevens Point, WI 54481**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Claim for unpaid insurance premiums**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,081.96** |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**  Case number (if known) **25-50659**
Name

| 3.76 | **Nonpriority creditor's name and mailing address**<br>**SPENCER STOCKTON**<br>**1025 EMERSON WAY**<br>**Sparks, NV 89431**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Potential employee related claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**SWIZZLE**<br>**400 MILL ST. UNIT 104**<br>**Reno, NV 89502**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Unsecured debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$501.00** |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**TARA TRAN**<br>**752 WEST ST**<br>**Reno, NV 89503**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Potential employee related claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**TEAGAN CROSS**<br>**355 Broadway Blvd Apt 25**<br>**Reno, NV 89502**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Potential claim related to employment**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**THE CAUSALITY AGENCY**<br>**118 BROADWAY ST SUITE 528**<br>**San Antonio, TX 78205**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Unsecured debt for insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,000.00** |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**THE NELL J. REDFIELD FOUNDATION**<br>**1755 E. PLUMB LANE SUITE 212**<br>**Reno, NV 89502**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Claim for monies donated for Student Stewards Program**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,000.00** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**THERAPEUTIC RECREATION SPECIALIST PARKS**<br>**1301 VALLEY ROAD**<br>**Reno, NV 89512**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Unsecured debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **TRUCKEE MEADOWS PARKS FOUNDATION**  Case number (if known) **25-50659**
     Name

| | | |
|---|---|---|
| **3.83** | **Nonpriority creditor's name and mailing address**<br>**TOSHIBA FINANCIAL SERVICES**<br>**P.O. BOX 790448**<br>**Saint Louis, MO 63179**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$211.55**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lease Obligations for Toshiba Copier**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.84** | **Nonpriority creditor's name and mailing address**<br>**U.S. Small Business Administration**<br>**Office of the General Counsel**<br>**312 N. Spring St., 5th Floor**<br>**Los Angeles, CA 90012**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **NOTICE ONLY**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.85** | **Nonpriority creditor's name and mailing address**<br>**ULTRA CAMP**<br>**123 EAST MAIN**<br>**Niles, MI 49120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unsecured debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.86** | **Nonpriority creditor's name and mailing address**<br>**US BANK**<br>**1310 MADRID ST.**<br>**Marshall, MN 56258**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Copier**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.87** | **Nonpriority creditor's name and mailing address**<br>**US DEPARTMENT OF LABOR**<br>**200 CONSTITUTION AVE. NW**<br>**Washington, DC 20210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **NOTICE ONLY**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.88** | **Nonpriority creditor's name and mailing address**<br>**VANESSA MACKESSY**<br>**700 GLEN VISTA DRIVE**<br>**Sparks, NV 89434**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential employee related claim**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.89** | **Nonpriority creditor's name and mailing address**<br>**VICTORIA ROBERTS**<br>**4466 VIA BIANCA AVE**<br>**Las Vegas, NV 89141**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential employee related claim**<br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor  **TRUCKEE MEADOWS PARKS FOUNDATION**        Case number (if known)   25-50659
        Name

| 3.90 | **Nonpriority creditor's name and mailing address**<br>**WCF INSURANCE**<br>**100 W. TOWNE RIDGE RKWY**<br>**Sandy, UT 84070** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,821.15 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Unsecured debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**WIZIX TECHNOLOGY**<br>**2014 TAYLOR ROAD**<br>**Roseville, CA 95678** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $143.38 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Unsecured debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **CITY OF RENO**<br>**PO BOX 142857**<br>**Irving, TX 75014** | Line  **3.15**<br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 462,169.19 |
| **5b. Total claims from Part 2** | 5b. **+** $ | 432,642.28 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c.  $ | 894,811.47 |