1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HOUMAND LAW FIRM, LTD.**
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:     702/720-3370
Facsimile:      702/720-3371

*Counsel for W. Donald Gieseke, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.  BK-S-25-50659-HLB |
|---|---|
| TRUCKEE MEADOWS PARKS FOUNDATION, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS PURSUANT TO 11 U.S.C. § 363** |
| | Date of Hearing:       November 4, 2025 |
| | Time of Hearing:       1:30 p.m. |
| | Place: Telephonic Hearing |
| | Phone Conference Number: (833) 435-1820 |
| | Meeting ID: 160 532 0260 |
| | Access Code: 643758# |
| | Judge:  Honorable Hilary L. Barnes[1] |

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

-1-

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

This matter came before the Court on the *Motion to Approve Sale of Substantially All of the Debtor's Assets Pursuant to 11 U.S.C. § 363* [ECF No. __] (the "Motion") filed by W. Donald Gieseke (the "Trustee"), the Chapter 7 Trustee appointed in the above-captioned bankruptcy case, by and through his counsel of record, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd.   The Motion sought to approve the sale of substantially all of the tangible personal property of the Debtor, including office equipment, furniture, supplies, and outdoor maintenance equipment (collectively, the "Property"), free and clear of all liens, claims, encumbrances, and interests, to Great Basin Institute (the "Purchaser"), pursuant to the Purchase and Sale Agreement dated October 1, 2025 (the "Purchase Agreement").

The Motion was filed pursuant to 11 U.S.C. §§ 105 and 363(b) and (f) and Federal Rules of Bankruptcy Procedure 2002(c) and 6004 and Local Rule 9014(a)(a).[2]

All appearances were noted on the record.  No objections were filed to the Motion.

The Court reviewed the Motion, the *Declaration of Declaration of W. Donald Gieseke In Support of Motion to Approve Sale of Substantially All of the Debtor's Assets Pursuant to 11 U.S.C. § 363* [ECF No. __], the *Notice of Hearing On Motion to Approve Sale of Substantially All of the Debtor's Assets Pursuant to 11 U.S.C. § 363* [ECF No. __], the *Certificate of Service of Motion to Approve Sale of Substantially All of the Debtor's Assets Pursuant to 11 U.S.C. § 363* [ECF No. __], the exhibits attached thereto, and all the pleadings on file herein.

It appearing to the Court that it is in the best interests of the Estate and its creditors to sell the Property and upon consideration of the pleadings and arguments of counsel, and based upon the findings of fact and conclusions of law placed on the record at the hearing and incorporated herein pursuant to Federal Rule of Civil Procedure 52, incorporated by reference by Federal Rules of Bankruptcy Procedure 7052 and good cause appearing,

**IT IS HEREBY ORDERED** that:

1.      The Application is GRANTED in its entirety; and

. . .

---

[2] All defined terms in this Order shall have the same meaning ascribed to them in the Motion unless otherwise provided herein.

2.      The Property shall be sold to Purchaser free and clear of liens pursuant to 11 U.S.C. § 363(f) for the purchase price of $14,000.00 on the terms set forth in the Purchase Agreement, a copy of which is attached hereto as Exhibit "1"; and

3.      The fourteen (14) day stay under FRBP 6004(h) is waived; and

4.      The Purchaser is designated as a good faith purchaser pursuant to 11 U.S.C. § 363(m); and

5.      The Trustee is authorized to sign any documentation reasonably necessary to effectuate the sale of the Property on the terms set forth in the Purchase Agreement without further court order.

**IT IS SO ORDERED.**

Prepared and submitted by:

**HOUMAND LAW FIRM, LTD.**

By: /s/
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:      702/720-3370
Facsimile:      702/720-3371

*Counsel for W. Donald Gieseke, Chapter 7 Trustee*

**HOUMAND LAW FIRM, LTD.**
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

**LOCAL RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐    The Court has waived the requirements set forth in Local Rule 9021(b)(1).

☒    No party appeared at the hearing or filed an objection to the Motion.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

Dated this __ day of November, 2025.

HOUMAND LAW FIRM, LTD.

By: /s/
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Counsel for W. Donald Gieseke, Chapter 7 Trustee*

###

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371