## PURCHASE AND SALE AGREEMENT

This Purchase And Sale Agreement ("Agreement") is made this 1st day of October 2025 by and between Truckee Meadows Parks Foundation (hereinafter "TMPF"), by and through its Chapter 7 Trustee, Donald Gieseke, and Great Basin Institute, (hereinafter "Buyer"). This Agreement is based upon the following recitals:

**RECITALS**

WHEREAS, TMPF filed a petition under Chapter 7 of the Bankruptcy Code on July 17, 2025 with W. Donald Gieseke being appointed Chapter 7 Trustee; and

WHEREAS, TMPF is the owner of certain office equipment, supplies and outdoor maintenance equipment; and

WHEREAS, the Buyer desires to purchase the TMPF assets,

NOW, THEREFORE, the parties agree as follows:

1. <u>Description of Assets To Be Sold</u>

Subject to the conditions set forth herein and approval of the Bankruptcy Court pursuant to 11 U.S.C. § 363, Seller agrees to sell, transfer, and convey to Buyer, and Buyer agrees to purchase from Seller, all right, title, and interest of the estate in and to all of the tangible personal property, equipment, supplies, and outdoor maintenance equipment of Seller (the "TMPF Assets"), but expressly excluding (i) all cash, accounts receivable, deposits, and financial claims, and (ii) all claims, causes of action, and avoidance powers arising under chapter 5 of the Bankruptcy Code, NRS 112, or other applicable law. The TMPF Assets shall be sold free and clear of all liens, claims, encumbrances, and interests pursuant to 11 U.S.C. § 363(f), with such liens, claims, encumbrances, and interests attaching to the sale proceeds.

Purchase and Sale Agreement

2. <u>Purchase Price and Terms</u>

The purchase price for the TMPF Assets shall be the sum of $14,000.00 (the "<u>Purchase Price</u>"). The Purchase Price shall be payable in cash at the time of closing, which shall occur promptly after entry of a final, non-appealable order approving the sale (with waiver of Rule 6004(h) if granted)." Buyer acknowledges that the TMPF assets are sold "**AS IS, WHERE IS**", with all faults, without any representation or warranty, express or implied, including as to merchantability, fitness for a particular purpose, or non-infringement.

3. <u>Bankruptcy Court Approval</u>

This Agreement shall be subject to and conditioned upon approval of the Bankruptcy Court in the Bankruptcy Case, which hearing shall be conducted no later than November 1, 2025, or as soon as possible. The sale shall be free and clear of all liens. TMPF shall request a waiver of the 14-day requirement set forth in Rule 6009(h) of the Federal Rules of Bankruptcy Procedure.

4. <u>Conditions Subsequent</u>

(a) The laptops owned by TMPF may be retained by TMPF until litigation and investigations are completed. They will then be turned over to the buyer.

(b) Hardcopy records currently at the TMPF facility may be kept at the current location and must then be removed by TMPF.

(c) In the event this Agreement is not approved by the Bankruptcy Court by reason of an overbid provided at the time of the hearing for approval of this Agreement, the obligations of both parties hereto shall terminate.

(d) In the event this Agreement is not approved for any reason other than the

existence of an overbid for the purchase of the assets, all of the obligations of the Buyer and TMPF under this Agreement shall terminate.

5. **Governing Law**

This Agreement shall be construed and governed in accordance with the laws of the State of Nevada.

6. **Jurisdiction**

The parties hereto specifically consent to the jurisdiction of the United States Bankruptcy Court for all purposes in connection with this Agreement, specifically including enforcement of this Agreement and any Claims based upon any alleged breach of this Agreement. Any enforcement of this Agreement by any party may be made by motion before the United States Bankruptcy Court.

7. **Attorneys' Fees**

Should any litigation arise out of or in connection with the enforcement of this Agreement the prevailing party shall be entitled to recover its litigation costs, including expert witness and attorneys' fees.

DATED this 1st day of October, 2025.

| Truckee Meadows Parks Foundation, Seller | Great Basin Institute, Buyer |
|---|---|
| By: W. Donald Gieseke | Peter Woodruff |
| Chapter 7 Trustee | Chief Executive Officer |